FILED 26 SEP '17 15:17 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND   DIVISION
*(Select the Division in which the complaint is filed.)*

KHANTTOVI VERATHA

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

STATE OF OREGON GROVERMENT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:17 CV 1514-YY

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☒ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: KHAMJO VERAHA
Street Address: 2745 SE 125th AVE
City and County: PORTLAND
State and Zip Code: Oregon, 97236
Telephone Number:
E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Goverment, Organization
Job or Title (if known): Corporation Product AFTER Court Result AS Detail:
Street Address:
City and County: Portland, Oregon
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: HONDA COMPANY
Job or Title (if known): MANIFACTOR DEFULT
Street Address:
City and County:

2

State and Zip Code    _____
Telephone Number     _____
E-mail Address       _____
(if known)

Defendant No. 3
Name                 *Oregon Gumbing industry?*
Job or Title         
(if known)
Street Address       *Oregon*
City and County      _____
State and Zip Code   _____
Telephone Number     _____
E-mail Address       _____
(if known)

Defendant No. 4
Name                 *Voter of Measure 11 sentencen*
Job or Title         *Lequation? prohibite smoker;?*
(if known)
Street Address       *Oregon*
City and County      _____
State and Zip Code   _____
Telephone Number     _____
E-mail Address       _____
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* DAKITCA/, is a citizen of the State of *(name)* Khamijo.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* Tellercarf, is incorporated under the laws of the State of *(name)* Corperate, and has its principal place of business in the State of *(name)* —DA.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual  AFER you go on file
        As recorde on
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim ✓

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim — *claim* and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Issue of Detail Claim would Be show Afer Hearing on Vedio on Crama Additinal Claim =*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*(1) CAN'T GO ON DETAIL AT THIS MOMENT NOT, BEFOR MOTION BEFOR CASE STARTED! AMOUNTS OF DAMAGES HAS AND HAD NOT ACOUNTED FOR WITH REASONING BEING UNDERGO FOR PART OF: claim*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify *NOT* to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an *in court* improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 26 , 2017.

Signature of Plaintiff *Khamtou Vaxxx*
Printed Name of Plaintiff KHAMTOU VERAHA

6