IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KHAMTOU VERAHA**

    Plaintiff,

v.

**STATE OF OREGON, et al.,**

    Defendants.

No. 3:17–cv–1514–YY

OPINION AND ORDER

**MOSMAN, J.,**

On September 29, 2017, Magistrate Judge Youlee Yim You issued her Findings and Recommendation (F&R) [4], recommending that the Application to Proceed in Forma Pauperis [1] should be granted and the case should be dismissed with prejudice. Plaintiff Khamtou Veraha did not file a response.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge You's recommendation and I ADOPT the F&R [4] as my own opinion. The Application to Proceed in Forma Pauperis [1] is GRANTED and this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 27 day of October, 2017.

MICHAEL W. MOSMAN
Chief United States District Judge