IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KHAMTOU VERAHA**

    Plaintiff,

v.

**STATE OF OREGON, et al.,**

    Defendants.

No. 3:17–cv–1514–YY

ORDER OF DISMISSAL AND JUDGMENT

**MOSMAN, J.,**

Based on my Opinion and Order adopting Judge You's Findings & Recommendation [4],

IT IS ORDERED AND ADJUDGED that all claims in the above-captioned matter are DISMISSED with prejudice and without costs or fees to any party. Pending motions, if any, are DENIED AS MOOT.

DATED this 27 day of October, 2017.

MICHAEL W. MOSMAN
Chief United States District Judge

1 – JUDGMENT